JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENROY McLEAN, | Case No. CV 12-05295-MMM (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN GUITERREZ, | |
| Respondent. | |

Pursuant to the Memorandum and Order Dismissing Petition for Failure to State Cognizable Claim,

IT IS HEREBY ADJUDGED that the Petition is denied and this habeas action is dismissed with prejudice. Plaintiff may file an appropriate civil action should he so desire.

Dated: September 19, 2012

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE